IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. _____

**DUPERON CORPORATION, and**
**DUPERON INNOVATION, LLC**

*Plaintiffs*,

v.

**D&J MACHINERY INCORPORATED,**

*Defendant*.

**JURY TRIAL DEMANDED**

### STATEMENT OF DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Fed. R. Civ. P. 7.1, DUPERON CORPORATION and DUPERON INNOVATION, LLC, hereby make the following disclosure:

DUPERON CORPORATION has no parent corporation; therefore, it is not a subsidiary or affiliate of a publicly owned corporation that owns 10% or more of its stock.

DUPERON CORPORATION has no parent corporation; therefore, no publicly owned corporation or its affiliate, not a party to this case, have a substantial financial interest in the outcome of this litigation.

DUPERON INNOVATION, LLC has no parent corporation; therefore, it is not a subsidiary or affiliate of a publicly owned corporation that owns 10% or more of its stock.

DUPERON INNOVATION, LLC has no parent corporation; therefore, no publicly owned corporation or its affiliate, not a party to this case, have a substantial financial interest in the outcome of this litigation.

Respectfully submitted,

**CARLTON FIELDS, P.A.**
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6350
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

By: _____
David B. Esau
Florida Bar No.: 650331
desau@carltonfields.com

OF COUNSEL:
Douglas P. LaLone
Thomas A. Hallin
Rader, Fishman & Grauer PLLC
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304
Telephone: (248) 594-0650
Facsimile: (248) 594-0610
Email: dpl@raderfishman.com
       tah@raderfishman.com