UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**DUPERON CORPORATION, and DUPERON INNOVATION, LLC**

*Plaintiffs*,

v.

**D&J MACHINERY INCORPORATED,**

*Defendant*.

Case No. 2:10-cv-544-CEH-SPC

**Jury Trial Demanded**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), Plaintiffs, Duperon Corporation and Duperon Innovation, LLC, hereby certify that the instant action:

___   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
_____
_____

X   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Plaintiffs further certify that a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS will be served upon each party no later than fourteen (14) days after appearance of the party.

Dated:  September 13, 2010

Respectfully submitted,

**OF COUNSEL:**
Douglas P. LaLone
Thomas A. Hallin
Rader, Fishman & Grauer PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI  48304
Telephone:  (248) 594-0650
Facsimile:  (248) 594-0610
dpl@raderfishman.com
tah@raderfishman.com

By: /s/ David B. Esau
    Carlton Fields, P.A.
    David B. Esau (FL Bar No. 650331)
    CityPlace Tower – Suite 1200
    525 Okeechobee Boulevard
    West Palm Beach, FL  33401
    Telephone:  (561) 659-7070
    Facsimile:  (561) 659-7368
    desau@carltonfields.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document will be served with the Summons and Complaint by process server.

By: /s/ David B. Esau
David B. Esau
Florida Bar No.: 650331