UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| **DUPERON CORPORATION, and DUPERON INNOVATION, LLC**<br><br>*Plaintiffs*,<br>v.<br><br>**D&J MACHINERY INCORPORATED,**<br><br>*Defendant*. | Case No. 2:10-cv-544-CEH-SPC<br><br><br>**Jury Trial Demanded** |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, DUPERON CORPORATION and DUPERON INNOVATION, LLC, hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   None.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   None.

17417041.1

Plaintiffs, DUPERON CORPORATION and DUPERON INNOVATION, LLC, hereby certify that, except as disclosed above, they are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. Plaintiffs further certify that the response of "None" has been inserted if there is no actual or potential conflict of interest.

Dated: September 13, 2010

Respectfully submitted,

**OF COUNSEL:**
Douglas P. LaLone
Thomas A. Hallin
Rader, Fishman & Grauer PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI  48304
Telephone: (248) 594-0650
Facsimile: (248) 594-0610
dpl@raderfishman.com
tah@raderfishman.com

By: /s/ David B. Esau
Carlton Fields, P.A.
David B. Esau (FL Bar No. 650331)
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL  33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
desau@carltonfields.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document will be served with the Summons and Complaint by process server.

By: /s/ David B. Esau
David B. Esau
Florida Bar No.: 650331

17417041.1