# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 2:10-CV-544-FTM-365PC

Plaintiff:
**DUPERON CORPORATION AND DUPERON INNOVATION, LLC**
vs.


ROC2010013979

Defendant:
**D&J MACHINERY, INC.**

For:
David B Esau
Carlton Fields, P.A.
525 OKeechobee Blvd
Suite 1200
West Palm Beach, FL  33402

Received by Rock Legal Services & Investigations Inc on the 15th day of September, 2010 at 9:20 am to be served on **D&J Machinery, Inc. c/o Jody Hendry, Registered Agent, 606 West Sugarland Highway, Clewiston, FL 33440**.

I, Jennifer Tillman, do hereby affirm that on the **15th day of September, 2010 at 3:35 pm, I:**

**CORPORATE:** served by delivering a true copy of the **Summons and Complaint for Patent Infrigment and Unfair Competition** with the date and hour of service endorsed thereon by me, to: **Jody Hendry** as **Registered Agent** for **D&J Machinery, Inc.**, at the address of: **606 West Sugarland Highway, Clewiston, FL 33440**, and informed said person of the contents therein, in compliance with Florida Statute 48.081 or other state statute as applicable.

**Description** of Person Served: Age: 53,  Sex: M,  Race/Skin Color: White,  Height: 5'11,  Weight: 200,  Hair: Salt & Pepper,  Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was effected  in accordance with the Federal Rules of Civil Procedure.

Jennifer Tillman
Process Server #967

**Rock Legal Services & Investigations Inc
2048 Ponce De Leon Avenue
West Palm Beach, FL 33407
(561) 296-7574**

Our Job Serial Number: ROC-2010013979
Ref: 02147-52507