UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| DUPERON CORPORATION, and<br>DUPERON INNOVATION, LLC<br><br>Plaintiffs,<br>v.<br><br>D&J MACHINERY INCORPORATED,<br><br>Defendant. | Case No. 2:10-cv-00544-CEH-SPC<br><br>Jury Trial Demanded |

## SELECTION OF MEDIATOR

Pursuant to the Court's Scheduling Order, the parties hereby designate mediator Mr. Brian Gilchrist of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A. 255 South Orange Avenue, Suite 1401, Orlando, Florida 32801, phone number 407-841-2330. The date of the mediation will be March 11, 2011.

December 20, 2010

Respectfully submitted,

/s/Mark J. Young
Mark J. Young, Esq.
Mark Young, P.A. (Fla. Bar. 78158)
12086 Fort Caroline Road, Unit 202
Jacksonville, FL 32225
Telephone: (904) 996-8099
Facsimile: (904) 980-9234
myoung@myoungpa.com
*Attorney for Defendant*

/s/Douglas P. LaLone
Douglas P. LaLone, Esq.
Thomas A. Hallin, Esq.
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel: (248) 594-0650
Fax: (248) 594-0610
dpl@raderfishman.com
tah@raderfishman.com

Carlton Fields, P.A.
David B. Esau (FL Bar No. 650331)
525 Okeechobee Boulevard, Ste. 1200
West Palm Beach, FL 33402
Tel.: 561-650-8015
Fax: 561-659-7368

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system:

Mark J. Young
Mark Young P.A.
12086 Fort Caroline Rd., Unit 202
Jacksonville, Florida 32225
(via CM/ECF)
*Counsel for Defendant*

/s/ David B. Esau
David B. Esau